United States District Court
Southern District of Texas
**ENTERED**
December 18, 2020
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| BERI DAVE, | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Civil Action No. 1:20-cv-209 |
| | § | |
| DAVID C. LAIRD., ET AL., | § | |
| DEFENDANTS | § | |

## ORDER

The Court is in receipt of Plaintiff Beri Dave's Application to Proceed in District Court Without Prepaying Fees or Costs (hereinafter, Plaintiff's "Application"). Dkt. No. 2. Plaintiff's Application is incomplete in that it fails to specify how frequently he receives "gross pay or wages." *Id.* at 1 (reporting $1,100 in gross pay or wages, but failing to specify whether the amount is received weekly, biweekly, monthly, Etc.). As Plaintiff's Application is incomplete, this Court cannot properly assess his request to proceed with prepaying fees or costs. Plaintiffs' Application is, therefore, **DENIED** without prejudice.

**SIGNED** on this **18th** day of December, 2020, at Brownsville, Texas.

_____
**Ignacio Torteya, III**
**United States Magistrate Judge**