UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

DEC 22 2021

NATHAN OCHSNER
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

BERI DAVE,              Case: 1:20-cv-00209

    PLAINTIFF

VS

POLICE OFFICER DAVID C. LAIRD (INDIVIDUAL AND OFFICIAL CAPACITY),
DETECTIVE JAIME RODRIGUEZ (INDIVIDUAL AND OFFICIAL CAPACITY)
CHIEF OF POLICE CLAUDINE O'CARROLL (OFFICIAL CAPACITY),
CITY OF SOUTH PADRE ISLAND, TEXAS (POLITICAL SUBDIVISION)

    DEFENDANTS

## OPPOSED MOTION FOR LEAVE OF THE COURT TO STAY PLAINTIFF'S OBJECTIONS TO JUDGE IGNACIO TORTEYA III'S REPORT AND RECOMMENDATIONS

Comes now Plaintiff, Beri Dave, to submit his opposed motion to request leave of the court allowing Plaintiff additional time to respond to Judge Ignacio Torteya III's Report and Recommendation in Cause 1:20-cv-00209 (Dkt. 62).

Plaintiff was served a copy of Judge Ignacio Torteya III's report and recommendation on December 8, 2021 (Dkt. 67). Plaintiff had 14 days to respond or object, but due to the length of the report, Plaintiff has not completed researching the legal decisions and formulating his response to the report. Plaintiff will not make the December 22, 2021 deadline to submit his objections.

Judge Torteya's report and recommendation is 42 pages long, and Plaintiff has responded to approximately half of the report. Plaintiff requests an additional 14 days or whatever additional time the Court can provide to allow Plaintiff to complete his response and objections in this important matter.

Respectfully,

Signed: _____ this 22nd Day of December, 2021

Beri Dave
P.O. Box 532619
Harlingen, Texas 78553
206-785-8554
dojinsdeo1@msn.com
PLAINTIFF

A copy of this motion was mailed to:

Robert L. Drinkard
Attorney in Charge
701 E. Harrison Ave Ste. 101
Harlingen, Texas 78551
956-421-2904
rldrinkard@rampagelaw.com
ATTORNEY FOR DEFENDANTS