IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BERI DAVE,<br>　　　　Plaintiff<br><br>Vs<br><br>POLICE OFFICER DAVID C. LAIRD,<br>POLICE DETECTIVE "JOHN DOE",<br>CHIEF OF POLICE CLAUDINE<br>O'CARROLL, CITY OF SOUTH<br>PADRE ISLAND, TEXAS,<br>　　　　Defendants | § § § § § § § § § § § § | Civil Action No. 1:20-CV-00209 |

### DECLARATION OF JAIME RODRIGUEZ

　　My name is Jaime Rodriguez. I have personal knowledge of all of the facts stated in this declaration, and all such facts are true and correct.

　　I have never been served with any Complaint, Petition, Motion or any paper in this lawsuit naming me as a Defendant in the lawsuit in any capacity. Further, I have never agreed to waive any service on me of any complaints, nor have been asked to do so with respect to this lawsuit.

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

　　Executed on the __4th__ day of the January, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Jaime Rodriguez_
　　　　　　　　　　　　　　　　　　　　　　　　Jaime Rodriguez

1

Scanned with CamScanner