IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **BERI DAVE,** | § | |
|     **Plaintiff** | § | |
| | § | |
| Vs | § | Civil Action No. 1:20-CV-00209 |
| | § | |
| **POLICE OFFICER DAVID C. LAIRD,** | § | |
| **POLICE DETECTIVE "JOHN DOE",** | § | |
| **CHIEF OF POLICE CLAUDINE** | § | |
| **O'CARROLL, CITY OF SOUTH** | § | |
| **PADRE ISLAND, TEXAS,** | § | |
|     **Defendants** | § | |

**ORDER ON DEFENDANT JAIME RODRIGUEZ IN HIS INDIVIDUAL
AND OFFICIAL CAPACITY MOTION TO DISMISS
PURSUANT TO RULE 12(B)(5)**

_____

    On this day the Court considered the Rule 12 Motion to Dismiss filed by DEFENDANT JAIME RODRIGUEZ IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES (hereafter "DEFENDANT"). After consideration of the Motion, and the Response thereto, the Court finds the DEFENDANT motion has merit and should be GRANTED.

    It is, therefore, ORDERED, that Plaintiff's claims and causes of action against DEFENDANT JAIME RODRIGUEZ IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES be dismissed in their entirety. SO ORDERED.

    SIGNED this _____ day of _____, 2022.


                                                                                  _____
                                                                                  US DISTRICT JUDGE