United States District Court
Southern District of Texas
**ENTERED**
January 21, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BERI DAVE, | § | |
| "Plaintiff", | § | |
| | § | |
| v. | § | Civil Action No. 1:20-cv-00209 |
| | § | |
| DAVID C. LAIRD, *et al.*, | § | |
| "Defendants". | § | |

## ORDER

Before the Court is Plaintiff's "Opposed Motion for Leave of the Court to Stay Plaintiff's Objections to Judge Ignacio Torteya III's Report and Recommendations" ("Motion") (Dkt. No. 69), Defendants' "Response in Opposition to Plaintiff's Motion for Leave to Stay Plaintiff's Objections to Magistrate Report" (Dkt. No. 71), and Plaintiff's "Response to Defendants' Opposition to Plaintiff's Motion for Stay and Plaintiff's Complaint with the Court for Opposing Counsel's Unprofessional Conduct Towards the Plaintiff" (Dkt. No. 73) in the above-captioned case.

Federal Rule of Civil Procedure 6(b)(1) permits this Court to grant an extension for good cause shown. Plaintiff has demonstrated good cause for this Court to grant a seven (7) day extension to file objections to the Magistrate's R&R.

The Court hereby **GRANTS** Plaintiff's Motion. The new deadline to submit objections to the Magistrate's R&R is **January 28, 2022**.

Signed on January 21, 2022.

_____
Rolando Olvera
United States District Judge

1 / 1